ct113-2 01/2023

# United States Bankruptcy Court
# District of Connecticut

In re:
Rachael P. Cash

Debtor *

Case Number: 25-30142

Chapter: 13

## ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

Roberta Napolitano, (the "Trustee"), filed a Motion to Dismiss the Case pursuant to 11 U.S.C. § 1307(c), (the "Motion," ECF No. 23). After notice and a hearing on August 7, 2025, and it appearing that the case has not been converted under section 706, 1112 or 1208 of this title, it is hereby

**ORDERED:** The Debtor's Chapter 13 Case is **DISMISSED** for failure to make plan payments and inability to propose a confirmable plan; and it is further

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order; and it is further

**ORDERED:** The Court retains jurisdiction to consider any applications for administrative expenses and/or compensation to be filed on or before September 12, 2025.

Dated: August 13, 2025

BY THE COURT

*Ann M. Nevins*
*Chief United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.